UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

FILED
U.S. BANKRUPTCY COURT
04 APR -8 AM 11:51
MIDDLE DISTRICT
OF GEORGIA
MACON

IN RE:  
CHARLES MICHAEL KING  
ELAINE HOWARD KING

CHAPTER 13

Case No.

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ __465__ bi-weekly.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) The monthly payments on the following long-term debts: N/A

   (b) The priority payments required by 11 U.S.C. §507(a)(1), including attorney's fees of $1,150.00.

   (c) After the above payments, payments to secured creditors whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | AMOUNT | VALUE | INT | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| CITIFINANCIAL | $4,000 | $1,000 | 12 | Appliances | $100 |
| SOUTHEAST TOYOTA | $3,200 | $5,200 | 12 | 1996 Toyota Camry | $307 |

   (d) The Debtor(s) will act as his/her own disbursing agent on the following debts:    **Citi Mortgage.**

   (e) The following unsecured claims are classified to be paid at 100% (contract interest will be paid on claim unless otherwise indicated): **N/A**

   (f) All 11 U.S.C. §507 priority claims will be paid in full over the life of the plan.

   (g) *Special provisions*: Title to Debtor(s)'s vehicle(s) shall be released upon discharge of the Debtor(s) under Chapter 13 with all liens canceled. Judgment liens or non purchase money, non possessory liens in household goods, appliances and furnishings in favor of the following creditors shall be voided upon confirmation of the plan and shall be extinguished upon discharge of Debtor under Chapter 13 or Chapter 7:   Worldwide Asset Purchasing.

   (h) $ __523__ will be assigned to costs and unsecured creditors.

   __100__ % dividend will be paid to unsecured creditors.

   The term of the plan is approximately __4__ years and ___ months.

Date: __4-5__ 2004

_____  
Debtor

Date: __4-5__ 2004

_____  
Debtor